## SECOND DEPARTMENT, FEBRUARY, 1885.

Michael Coyle, Respondent, v. Henry E. Pierrepont, Jr., and others, Appellants. — Motion granted. Opinion by Barnard, P. J.

Leonard D. Tice v. Frank Dromgoole and another. — Motion denied, with ten dollars costs Opinion by Barnard, P. J.; Pratt, J., not sitting.

David Cromwell, Treasurer, etc., Respondent, v. John H. Hull and others, Appellants. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Samuel Firnsky, Appellant, v. L. Wilson, Respondent. — Order reversed, with costs and disbursements. Opinion by Barnard, P. J.

Moses May, Appellant, v. Joseph M. Ohmeis and others, Respondents. — Judgment and order denying new trial, and order granting allowance affirmed, with costs. Opinion by Pratt, J.

Phoebe Angevine and others, Appellants, v. John M. Jackson, Executor, etc., Respondent — Decree of surrogate reversed, and issues ordered to be framed for trial in Queens County Circuit Court, all questions of costs reserved until after trial of issues. Opinion by Barnard, P. J.

Ellwood Birdsall, Respondent, v. The Board of Supervisors of Westchester County, Appellant. — Judgment of affirmance, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Matter of Accounting of Executor of William Nelson. — Motion granted. Opinion by Pratt, J.

Stephen Hasbrouck, Appellant, v. Charles T. Lunt, Respondent. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Alfred S. Bates, Respondent, v. William J. Riordan, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

John O. Hoyt, Plaintiff, v. The Continental Life Insurance Company, Defendant. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Stephen S. Morsht, Plaintiff, v. Maria McGee and others, Defendants. — Motion denied. Opinion by Pratt, J.; Dykman, J., not sitting.

Edward W. Edwards, Appellant, v. Henry O. Nichols, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Hiram B. Sarles, Appellant, v. Hopkins G. Barrett, Respondent. — Judgment of County Court and of justice reversed, with costs. Opinion by Barnard, P. J.

Hiram B Sarles, Appellant, v. Hopkins G. Barrett, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

David Kidd, Respondent, v. William J. Embler, Appellant. — Appeal withdrawn.

Cornelia V. Phillips, Appellant, v. The Highland National Bank, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., dissenting.

James G. Beers, Respondent, v. James B. Olney, Appellant. — Order affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

In the Matter of Alexander Hopkins. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Margaret A. Allison, Respondent, v. Robert Weir, Appellant. — Decree affirmed, with costs. Opinion by Dykman, J.

Enos Lee, as Executor, etc., Respondent, v. Amy Horton, Administratrix, etc., Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Isaac H. Cary and another, Respondents, v. The Duplex Safety Boiler Company, Appellant. — Judgment and order denying motion for judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

The Equitable Life Insurance Society of the United States, Appellant, v. John H. C. Doscher and others, Respondents. — Reargument ordered.

Sallie G. Thorington and others, Appellants, v. J. V. Merrick and William H. Merrick, Respondents. — Order vacating attachment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., dissenting.

Lewis Abrams, by Guardian, Respondent, v. The Van Brunt Street and Erie Railroad Comany, Appellant. — Judgment and order denying new trial on minutes affirmed, with costs, and order denying new trial on the ground of newly discovered evidence affirmed, with costs and disbursements. Opinion by Barnard, P. J.

In the Matter of the Guardianship of Ludlow W. Valentine, an Infant. — Decree or order appointing guardian affirmed, with costs. Opinion by Barnard, P. J.

Franklin Woodruff and others, Respondents, v. Frederic C. Havemeyer and others, Appellants. — Judgment affirmed, with costs. Opinion by Pratt, J.

Thomas F. Donohue, Respondent, v. Christopher Malloy, Appellant — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Matthew C. Uhrig, Appellant, v. Charles A. Silver, Respondent. — Judgment and order readjusting costs affirmed, with costs. Opinion by Pratt, J.

George W. Conselyea and another, as Executors, etc., Respondents, v. Dudley Blanchard and others, Appellants. — Judgment upon the appeal of Blanchard and O'Rourke affirmed, with costs. Judgment upon the appeal of Drew and Bucke affirmed, with costs.

James A. Whalen, Appellant, v. Pierre T. Tunison, Respondents. — Judgment affirmed with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

William R. Clarkson and others, Respondents, v. Charles E Cooke, Appellant. — Order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Mary J. McKinney, Respondent, v. The Grand Street and Prospect Park and Flatbush Railroad, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Pratt, J., dissenting.

Ellis R. Thomas and another, Respondents, v. Thomas J. Evans and others, Appellants. — Judgment against all the defendants for costs stricken out of the judgment appealed from. Judgment in favor of plaintiff, and defendant John B. Thomas against the other defendants modified by allowing $1,717.78 upon the judgment, and affirming judgment for $183.78 with costs of appeal. Order of May 21, 1884, affirmed, without costs. Order of June 3, 1884, affirmed, without costs. Opinion by Pratt, J.

Richard V. White, Respondent, v. The Twentythird Street Railway Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

The People of the State of New York v. James McGuirk. — Order affirmed. Opinion by Dykman, J.; Barnard, P. J., not sitting

Mary E. Shafer, Respondent, v. James Sinclair and Charlotte Sinclair, Appellants. — Judg-